# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-3668

———————

| | |
|---|---|
| Roy Hoggard, II, | * |
| | * |
| Appellant, | * |
| | * |
| v. | *  Appeal from the United States |
| | *  District Court for the |
| Mildred Dale, Sgt., Cummins Unit, | *  Eastern District of Arkansas. |
| ADC; John Doe, Assistant Director, | * |
| Arkansas Department of Correction, | *  [UNPUBLISHED] |
| | * |
| Appellees. | * |

———————

Submitted: July 7, 2006
Filed: July 12, 2006

———————

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Arkansas state prisoner Roy Hoggard appeals following the district court's[1] adverse grant of summary judgment and its denial of several post-judgment motions in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude dismissal of the complaint was proper for the reasons explained by the district court.

---

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. 636(c).

We also conclude that the district court did not abuse its discretion in denying the post-judgment motions. Accordingly, we affirm the judgment. <u>See</u> 8th Cir. 47A(a).

_____